UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 13-12554-RGS

BURT J. RYANT

v.

CAROL COLVIN,
ACTING COMMISSIONER OF SOCIAL SECURITY

ORDER ON REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

January 20, 2015

STEARNS, D.J.

I agree with Magistrate Judge Bowler's exhaustive analysis of the record in this appeal of the determination of the Commissioner of Social Security that appellant Burt Ryant is not disabled within the meaning of the Social Security Act and is therefore ineligible for Supplemental Security Income Benefits.[1] Consequently, her Recommendation is ADOPTED,

---

[1] Like Magistrate Judge Bowler, I perceive no error in the ALJ's methodology, factual findings, or application of the law and I see no need to attempt to improve upon her careful recitation of the ALJ's assessment of the medical evidence (particularly as it involved plaintiff's claim of suffering from severe depression). I also agree that credibility determinations by an ALJ, when supported as they are here by specific findings, are entitled to deference and are not to be disturbed on review.

Ryant's motion for an Order reversing or remanding the decision of the Commissioner is <u>DENIED</u>, the Commissioner's motion to affirm the decision is <u>ALLOWED</u>, and the appeal is <u>DISMISSED</u> with prejudice.[2] The Clerk will enter judgment for the Commissioner and close the case.

          SO ORDERED.

          /s/ Richard G. Stearns
          _____
          UNITED STATES DISTRICT JUDGE

---

[2] Ryant has filed no objections to the Magistrate Judge Bowler's Report and Recommendation (which issued on December 31, 2014).